```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  WALLACE J. LEE
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00360-DLB
                                )
12              Plaintiff,      )
                                )
13 v.                           )  MOTION AND ORDER FOR DISMISSAL
                                )
14 GIRARD D. McDARMENT,         )
                                )
15              Defendant.      )
                                )
16 _____)
17
```

18     The United States of America, by and through Benjamin B. Wagner,
19 United States Attorney, and Wallace Lee, Special Assistant United
20 States Attorney, hereby moves to dismiss the Information filed on
21 October 21, 2011, against Girard D. McDarment, in the interest of
22 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal
23 Procedure.

24 Dated: November 28, 2011          BENJAMIN B. WAGNER
                                     United States Attorney
25
26
                                By : /s/ Wallace J. Lee
27                                   WALLACE J. LEE
                                     Special Assistant U.S. Attorney
28

                                 1        MOTION AND ORDER FOR DISMISSAL
                                                       U.S. v. McDARMENT
                                                  Case #1:11-CR-00360-DLB

<u>O R D E R</u>

IT IS HEREBY ORDERED that the Information filed on October 21, 2011, against Girard D. McDarment, be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   November 29, 2011**          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE